28,594-21

W07-55832-S (D)

Ex Parte

Arthur Roy Morrison
      Petitioner (P)

§
§
§
§

In the Court of Criminal Appeals

Travis County, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 17 2015

Abel Acosta, Clerk

## Objections

To the Court of Criminal Appeals :

  Take Notice the Petitioner proffers these objections to the "Order Finding No Controverted, Previously Unresolved Factual Issue Requiring A Hearing" will now be set out.

  Objection malediction nil process of service Respondents Orig. Ans. as P was maledicted from application (D) as well see suggestion to revisit.

  Objection application (C) was dismissed without answers to the amended pet. deleting judgment nunc pro tunc issues.

  Objection nil expansion of the record with interrogatories.

  Objection nil discovery of who authored the two fraudulent judgment and when or what computer terminal.

  Objection nil discovery of a true and correct Indictment as P was never served.

  Objection "He does not allege specific facts establishing that the current claims and issue have not been and could not have been presented previously in an orig. application" the fraudulent judgments had not been concocted yet and malediction of the res integra see amended application (B) served to another District Judge, Judge Susan Hawk of the 291 st. motion for rehearing of (B)'s denial.

  Further its objected nil evidentary hearing and discovery of its

Page 1

Grand Jury proceeding, affidavit of Daniel Eckstein ineffectiveness, (S.H.Tr.Supp.[WR-28,594-13]:41).

Objected

11 Feb 15

Arthur Roy Morrison
Antithetaries

Service

Petitioner served ADA Lisa Smith notwithstanding nil service from her "Respondents Orig. Anso"

11 Feb 15

Arthur Roy Morrison